**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan LOMAS, Defendant–Appellant.**

**No. 04–41325.**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Feb. 27, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern Dis-

---

trict of Texas, Houston, TX, Mark Michael Dowd, U.S. Attorney's Office Southern District of Texas, Brownsville, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Raquel Kathy Wilson, Assistant Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY and OWEN, Circuit Judges.

PER CURIAM: *

Juan Lomas appeals the sentence imposed following his guilty-plea conviction for two counts of unlawful transportation of illegal aliens in violation of 8 U.S.C. § 1324. Lomas argues that the district court erred in imposing his sentence under the then mandatory United States Sentencing Guidelines held unconstitutional in *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Lomas specifically objected to the sentence based on the then pending *Booker* and *Fanfan* cases. The Government concedes that Lomas's objection based on *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), at sentencing was sufficient to preserve his *Fanfan* claim. *See United States v. Walters,* 418 F.3d 461, 463 (5th Cir.2005)(discussing difference between *Booker* error and *Fanfan* error). We review preserved *Fanfan* claims for harmless error. *United States v. Mares,* 402 F.3d 511, 520 n. 9 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 43, 163 L.Ed.2d 76 (2005). The Government must prove beyond a reasonable doubt that the outcome of the district court proceedings was not affected by the application of the mandatory Guidelines.

The Government has not demonstrated that the *Fanfan* error was harmless beyond a reasonable doubt. The district court expressly declined to say what the sentence would be if *Booker* and *Fanfan* were decided favorably to Lomas. The district court did not make any comments indicating whether it would have imposed the same sentence under an advisory guidelines system.

The case is REMANDED for reconsideration by the district court and to resentence Lomas if appropriate.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.